UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICIA FAJARDO-GUEVARA (#05716-095)        CIVIL ACTION

VERSUS

UNITED STATES                                 NO.:14-00737-BAJ-EWD

RULING AND ORDER

On January 29, 2016, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that the **Motion to Dismiss (Doc. 8)**, filed by the Defendant, the United States, be granted. (Doc. 11).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff, Patricia Fajardo-Guevara, that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 11 at p. 1). No objection was filed by Plaintiff.

Having carefully considered Plaintiff's Complaint and the Motion to Dismiss, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendant's **Motion to Dismiss (Doc. 8)** is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 29th day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**